UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ARTHUR JOHNSON, on behalf of himself,
and all others similarly situated,   Case No: 1:19-cv-05460 (JSR)

                      Plaintiff,

   -against-

RAUSCH, STURM, ISRAEL, ENERSON &
HORNIK, LLP; WORLDWIDE ASSET
PURCHASING II, LLC; GALAXY
INTERNATIONAL PURCHASING, LLC;
GALAXY PORTFOLIOS, LLC; GALAXY
ASSET PURCHASING, LLC; and JOHN DOES
1-25,

                     Defendants.
------------------------------------------------------------------------X

## JOINT NOTICE OF MOTION FOR CONDITIONAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF CONDITIONAL SETTLEMENT CLASS, AND <u>APPROVAL OF CLASS NOTICE</u>

**PLEASE TAKE NOTICE**, that upon the terms set forth in the Parties' Class Action Settlement Agreement and upon the exhibits attached to the Joint Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement, Certification of Conditional Settlement Class, and Approval of Class Notice ("Joint Memorandum") which is filed with and in support of this Joint Motion, and upon all prior pleadings and papers heretofore had herein, the undersigned counsel for plaintiff and defendant will move this Court at a date to be determined, before the Honorable _____, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order:

        (1)     Pursuant to Fed. R. Civ. Proc. 23(b)(3), granting conditional certification of a

settlement class defined as:

> All New York consumers, residing in the State of New York, who received correspondence, June 11, 2018-June 11, 2019 from Rausch Sturm Israel Enerson & Hornik, LLC in the same format as Exhibit "A" to the Amended Complaint [ECF No. 20-2, p. 20], seeking to collect a Debt owed to Worldwide Asset Purchasing II, LLC, Galaxy International Purchasing, LLC, Galaxy Portfolios, LLC, or Galaxy Asset Purchasing, LLC, which stated
>
> "Total amount of the debt due as of the date of charge off……..
> Total amount of interest accrued on the debt after charge off………....$
> Total amount of non-interest charge or fees accrued after charge off….$
> Total payments and credits made on the debt after charge off…………$
> Balance........….........$..."
>
> and where the "Total payments and credits on the debt after charge off" is greater than the "Total amount of the debt due as of the date of charge off" + " Total amount of interest accrued on the debt after charge off" + "Total amount of non-interest charge or fees accrued after charge off"

(2) Pursuant to Fed. R. Civ. Proc. 23(e), approving conditionally the settlement of this action upon the terms and conditions set forth in the Class Action Settlement Agreement annexed as Exhibit "1" to the Joint Memorandum;

(3) Conditionally approving the defined Class for the purposes of Settlement;

(4) Pursuant to Fed. R. Civ. Proc. 23(e)(1)(B), approving the form and substance of, and the directing the manner of service of, the notice to the Class as set forth in the Exhibit "2", which is annexed to the Joint Memorandum;

(5) Setting a date, time and place for a Fairness Hearing; and

(6) Granting the parties to this action and the Class such other and further relief as this Court may deem just and proper.

Dated: New York, New York
December 2, 2019

By: */s/ Joseph K. Jones*       By: */s/ Arthur Sanders*

| | |
|---|---|
| Joseph K. Jones, Esq. | Arthur Sanders, Esq. |
| JONES, WOLF & KAPASI, LLC | Barron & Newburger, PC |
| One Grand Central Place | 30 South Main Street |
| 60 East 42nd. Street, 46th Floor | New City, New York 10956 |
| New York, NY 10165 | (845) 499-2990 |
| (646) 459-7971 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |