UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP; WORLDWIDE ASSET PURCHASING II, LLC; GALAXY INTERNATIONAL PURCHASING, LLC; GALAXY PORTFOLIOS, LLC; GALAXY ASSET PURCHASING, LLC; and JOHN DOES 1-25, and JOHN DOES 1-25.<br><br>Defendant. | Civil Case No.: 1:19-cv-05460 (JSR)<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Stipulation of Dismissal will be filed shortly.

> */s/ Benjamin J. Wolf*
> Benjamin J. Wolf, Esq.
> Jones, Wolf & Kapasi, LLC
> One Grand Central Place
> 60 East 42nd Street, 46th Floor
> New York, New York 10165
> (646) 459 7971 telephone
> (646) 459 7973 facsimile
> bwolf@legaljones.com
> *Attorneys for Plaintiff*

Dated: January 8, 2020