UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ARTHUR JOHNSON, on behalf of
himself and all others similarly
situated,

    Plaintiff(s),

      -v-

RAUSCH, STURM, ISRAEL, ENERSON &
HORNIK, LLP; WORLDWIDE ASSET
PURCHASING II, LLC; GALAXY
INTERNATIONAL PURCHASING, LLC;
GALAXY PORTFOLIOS, LLC; GALAXY
ASSET PURCHASING, LLC; AND JOHN
DOES 1-25,

    Defendants.
------------------------------------- x

19-cv-5460 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

On January 8, 2020, the parties in this case submitted a notice of settlement, informing the Court that the case had been settled and a Stipulation of Dismissal would be filed shortly. No such Stipulation has been filed as of today. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not effectuated.

    SO ORDERED.

Dated: New York, NY

      January 30, 2020

                              JED S. RAKOFF, U.S.D.J.